AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

**FILED**
AUG 04 2021
Clerk, U.S. District Court
Texas Eastern

Patty Jones

*Plaintiff(s)*

v.

Civil Action No. 4:21-cv-00156-SDJ-CAN

Lamar County, et al

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Deputy P Easterwood
125 Brown Avenue
Paris, TX 75460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patty Jones
3125 Clarksville St., No. 154
Paris, TX 75460

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

Date: 7/1/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-00156-SDJ-CAN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Deputy P. Easterwood
was received by me on *(date)* July 12th, 2021

☑ I personally served the summons on the individual at *(place)* 125 Brown Ave, Paris, TX. 75460 on *(date)* July 19th, 2021; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: July 30, 2021

Helen McQuin Jones
*Server's signature*

Helen MacQuin Jones
*Printed name and title*

3125 Clarksville St. #154 Paris TX, 75460
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Cov 19 WN 12 | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>mm mm | C. Date of Delivery<br>07/20/21 |
| 1. Article Addressed to:<br>Deputy P. Easterwood<br>125 Brown Ave.<br>Paris, TX. 75460 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| 9590 9402 6579 1028 5525 07 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 2970 0000 4113 6684 | Restricted Delivery<br>ted Delivery<br>(over $500) | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | | Domestic Return Receipt |