**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| PATTY JONES | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:21-CV-156-SDJ |
| | § | |
| LAMAR COUNTY, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 9, 2022, the Report of the Magistrate Judge, (Dkt. #84), was signed containing proposed findings of fact and recommendation that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. #45), be granted in part and denied in part; specifically, that Plaintiff Patty Jones's claims against Lamar County, Sheriff Scott Cass, and Courtney Womack be dismissed with prejudice, that Jones's claims against Tyler Bussell, Patty Easterwood, Medical Jailer Shannon, and Broderick Franklin be dismissed without prejudice; and that Jones's claims against Anson Amis for violation of the ADA and for medical indifference under Section 1983 be dismissed with prejudice, leaving for further consideration in this cause only Jones's Section 1983 claims for use of excessive force and false arrest against Anson Amis.

Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

1

It is therefore **ORDERED** that Defendants Lamar County, Texas, Scott Cass, Anson Amis, Tyler Bussell, Patty Easterwood, Courtney Womack, and Medical Jailer Shannon's Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. #45), is **GRANTED** in part and **DENIED** in part. Plaintiff Patty Jones's claims against Tyler Bussell, Patty Easterwood, Medical Jailer Shannon, and Broderick Franklin are **DISMISSED WITHOUT PREJUDICE**; Jones's claims against Lamar County, Texas, Scott Cass, and Courtney Womack are **DISMISSED WITH PREJUDICE**; and Jones's claims against Anson Amis are also **DISMISSED WITH PREJUDICE**, save and except those claims asserted under Section 1983 for use of excessive force and false arrest. As to these remaining claims against Anson Amis to which Amis asserts qualified immunity, Jones is directed to file a Rule 7(a) Reply in full compliance with those instructions in the Magistrate Judge's Report, (Dkt. #84 at 51–55), within twenty-one (21) days of the date of this Memorandum Adopting.

**So ORDERED and SIGNED this 22nd day of November, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE