IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PATTY JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:21-CV-00156-SDJ-AGD |
| v. | § | |
| | § | |
| LAMAR COUNTY, et al., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2025, the Report of the Magistrate Judge, (Dkt. #95), was entered containing proposed findings of fact and recommendation that Defendant Anson Amis's Motion to Dismiss Plaintiff's Remaining Claims of False Arrest and Excessive Force (Dkt. #91) be granted, and Plaintiff's claims against Defendant Amis be dismissed with prejudice.

On March 27, 2025, Plaintiff filed timely objections to the Report (Dkt. #96). The Court has conducted a de novo review of Plaintiff's objections (Dkt. #96) and the portions of the Report to which Plaintiff specifically objects. Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

It is therefore **ORDERED** that Defendant Anson Amis's Motion to Dismiss Plaintiff's Remaining Claims of False Arrest and Excessive Force (Dkt. #91) is

1

**GRANTED**, and Plaintiff's claims against Defendant Amis are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that any request for relief not addressed by the Report (Dkt. #95) is **DENIED as moot**.

**So ORDERED and SIGNED this 9th day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE